```
1   LEWIS PHON, BAR NO. 74907
    LAW OFFICES OF LEWIS PHON
2   4040 Heaton Court
    Antioch, CA  94509
3
    (415) 574-5029 TEL
4   (925) 706-7600 FAX

5   ATTORNEY FOR DEBTORS
    JESUS AND ANGELICA MEDINA
6
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:                              CHAPTER 11

JESUS AND ANGELICA                  CASE NO. 2010-21418
MEDINA,
                                        DCN:  DMM-1

                                    DECLARATION OF JESUS MEDINA
                                    IN SUPPORT OF OPPOSITION TO
                                    MOTION FOR RELIEF FROM STAY BY
                                    CREDITOR WELLS FARGO BANK;

           DEBTORS.                 DATE: April 6, 2010
                                    TIME: 9:31 A.M.
                                    COURTROOM: 32

_____/

I, JESUS MEDINA, hereby declare as follows:

    I am one of the debtors in the above named case. I caused to be file our Chapter 11 petition on or about January 22, 2010. As of the petition date, we owned rental property at 1301 Arkansas, Vallejo, California 94590 and had listed the vehicle in our Schedule D.

    Wells Fargo Bank, the alleged successor in interest of Wachovia Mortgage, purportedly holds a first lien which is secured,

-1-

I estimate, for only $170,000 against the property and the balance is unsecured.

I am a real estate broker by profession and have been active in real estate sales and loans for the past twenty years in the City of Vallejo and surrounding areas. I have investigated into comparable properties listed for sale in the immediate neighborhood, have looked at similar properties in the multiple listing service and have reviewed nearby properties that have sold within the past month. It is my opinion that the replacement value of the 1301 Arkansas property is $170,000. Therefore, it is my opinion that the property was worth $170,000 as of the petition date.

Prior to this bankruptcy, I also have been buying and selling real estate for over twenty years and it was my intention to hold several properties, including the present one, for investment and rental purposes.

Because of the decline in real estate values, it is my intention to value the properties at their current market values. Upon such valuation, I believe that my wife and I will be able to propose a plan that will pay off the secured claims and that the unsecured portions of the loans will be modified or greatly reduced.

There is a high likelihood of success of such valuation as the current market values are much less than what the liens are against the properties. With reduced secured debt, I believe that we will have more than a reasonable possibility of proposing a feasible plan.

The foregoing facts are of my own personal knowledge and, if

sworn as a witness, I can competently testify thereto.  I declare under penalty of perjury that the foregoing is true an correct.

Date: ___3/20/2010_____          /S/ Jesus Medina
                                  _____
                                       Jesus Medina