FILED
March 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002503573

LEWIS PHON, BAR NO. 74907
LAW OFFICES OF LEWIS PHON
4040 Heaton Court
Antioch, CA 94509

(415) 574-5029 TEL
(925) 706-7600 FAX

ATTORNEY FOR DEBTORS
JESUS AND ANGELICA MEDINA

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:                                CHAPTER 11

JESUS AND ANGELICA                    CASE NO. 2010-21418
MEDINA,
                                      DCN: DMM-1

STATEMENT OF DISPUTED FACTS

          DEBTORS.            DATE: April 6, 2010
                              TIME: 9:31 A.M.
                              COURTROOM: 32
_____/

Debtor disputes the following factual allegations of the Bank:

1.  That the subject property is not necessary for the debtor's reorganization.

2.  That the property has declined in value after the date of the petition.

3.  That the bank is entitled to adequate protection payments.

4.  That the Bank is in possession of the original note and the assignment thereof which is secured by the debtor's real

property.

The debtor submits that the court may resolve the disputed facts at an evidentiary hearing.

Dated: 3/21/10              Respectfully submitted,

/S/ Lewis Phon

_____
Lewis Phon