FILED
March 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002503575

LEWIS PHON, BAR NO. 74907
LAW OFFICES OF LEWIS PHON
4040 Heaton Court
Antioch, CA 94509
(415) 574-5029 TEL
(925) 706-7600 FAX

ATTORNEY FOR DEBTORS
JESUS AND ANGELICA MEDINA

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:  CHAPTER 11

JESUS AND ANGELICA MEDINA,

CASE NO. 2010-21418

DMM-1

PROOF OF SERVICE OF OPPOSITION TO MOTION FOR RELIEF FROM STAY BY SECURED CREDITOR WELLS FARGO BANK, DECLARATION OF JESUS MEDINA IN SUPPORT OF, OPPOSITION. POINTS AND AUTHORITIES

DEBTOR.

DATE: APRIL 6, 2010
TIME: 9:31 A.M.
COURTROOM: 32, 6TH FLOOR

_____/

Date: MARCH 21, 2010          /s/ Lewis Phon
      _____      _____
                              Lewis Phon

K:data55\JESS MEDINA\notice of proof of srevice of opposition

-1-

# PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is 4040 Heaton Court, Antioch, California.

On March 21, 2010, the foregoing document(s) described as **Opposition to Motion for Relief From Stay by Wells Fargo Bank, Declaration of Jesus Medina in Support of Opposition and Points and Authorities** were served in said action by sending a copy by first class mail addressed to each party listed in Attachment A unless or otherwise sent by e-mail:

See Attachment A

__ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the address(s).

X
__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Antioch, California.

___ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct. Executed on March 21, 2010 at Antioch, California.

```
                                        /s/ Lewis Phon
    Lewis Phon                       _____
Print or Type Name                         Signature
```

Attachment A

Dave M. McGraw
2890 N Main St #307
Walnut Creek, CA 94597-2738
Attorney for Wells Fargo Bank

U. S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814